# FORM FOR USE IN APPLICATIONS
# FOR HABEAS CORPUS UNDER 28 U.S.C. § 2254

RECEIVED

2007 AUG -8  A 9: 49

DEBRA P. HACKETT, CLK
U.S. DISTRICT COURT
MIDDLE DISTRICT ALA

Albert Jerome Lockwood
_____
Name

(AIS) 134376
_____
Prison Number

St. Clair Correctional Facility, St. Clair County, Alabama
_____

_____
Place of Confinement

United States District Court  for the Middle   District of  Alabama

Case No. _____ 2:07cv715-WKW _____
(To be supplied by Clerk of U. S. District Court)

ALBERT JEROME LOCKWOOD
_____ , PETITIONER
(Full Name)  (Include name under which you were convicted)

RALPH HOOKS, Warden
_____ , RESPONDENT
(Name of Warden, Superintendent, Jailor, or authorized person
having custody of Petitioner)

and

THE ATTORNEY GENERAL OF THE STATE OF _____ ALABAMA _____

_____ , ADDITIONAL RESPONDENT.

 (if petitioner is attacking a judgement which imposed a sentence to be served in the future, petitioner must fill in the name of the state where the judgment was entered.  If petitioner has a sentence to be served in the future under a federal judgment which he wishes to attack, he should file a motion under 28 U.S.C. §2255, in the federal court which entered the judgment.)

## PETITION FOR WRIT OF HABEAS CORPUS BY A PERSON IN
## STATE CUSTODY

### INSTRUCTIONS--READ CAREFULLY

(1) This petition must be legibly handwritten or typewritten and signed by the petitioner under penalty of perjury.  Any false statement of a material fact may serve as the basis for prosecution and conviction for perjury. All questions must be answered concisely in the proper space on the form.

N955

The Judicial Conference of the United States has adopted, effective 1/1/83, the 8½ x 11 inch paper size standard for use throughout the federal judiciary and directed the elimination of the use of legal size paper. All pleadings, etc. filed after 12/31/82 must be on 8½ x 11 inch paper, otherwise we cannot accept them.

(2) Additional pages are not permitted except with respect to the <u>facts</u> which you rely upon to support your grounds for relief. No citation of authorities need be furnished. If briefs or arguments are submitted, they should be submitted in the form of a separate memorandum.

(3) Upon receipt of a fee of $5 your petition will be filed if it is in proper order.

(4) If you do not have the necessary filing fee, you may request permission to proceed <u>in forma pauperis</u>, in which event you must execute the declaration on the last page, setting forth information establishing your inability to prepay the fees and costs or give security therefor. If you wish to proceed <u>in forma pauperis</u>, you must have an authorized officer at the penal institution complete the certificate as to the amount of money and securities on deposit to your credit in any account in the institution.

(5) Only judgments entered by one court may be challenged in a single petition. If you seek to challenge judgments entered by different courts either in the same state or in different states, you must file separate petitions as to each court.

(6) Your attention is directed to the fact that you must include all grounds for relief and all facts supporting such grounds for relief in the petition you file seeking relief from any judgment of conviction.

(7) When the petition if fully completed, <u>the original and two copies * must be mailed to the Clerk of the United States District Court whose address is</u>:

P.O. Box 711
Montgomery, Alabama 36101

(8) Petitions which do not conform to these instructions will be returned with a notation as to the deficiency.

**\*If you are proceeding <u>in forma pauperis</u>, only the original petition needs to be filed with the Court.**

PETITION

1. Name and location of court which entered the judgment of conviction under attack  Circuit Court of Montgomery County, Montgomery, Alabama

2. Date of judgment of conviction  February 24, 2004

3. Length of sentence  LWOP    Sentencing Judge  Tracy McCooey

4.  Nature of offense or offenses for which you were convicted: ___Attempted___
    ___Murder___
    _____
    _____

5.  What was your plea?   (check one)
    (a) Not guilty  ( X )
    (b) Guilty      ( )
    (c) Nolo contendere  ( )
    If you entered a guilty plea to one count or indictment, and a not guilty
    plea to another count or indictment, give details: ___N/A___
    _____
    _____

6.  Kind of trial:    (Check one)
    (a) Jury  (X )
    (b) Judge only  ( )

7.  Did you testify at the trial?  Yes  ( )    No  ( X )

8.  Did you appeal from the judgment of conviction?    Yes (X )    No  ( )

9.  If you did appeal, answer the following:
    (a) Name of court ___Alabama Court of Criminal Appeals___
    (b) Result ___Affirmed___
    (c) Date of result ___October 15, 2004___
    If you filed a second appeal or filed a petition for certeorari in the Supreme
    Court, give details: ___N/A___
    _____
    _____
    _____

10. Other than a direct appeal from the judgment of conviction and sentence,
    have you previously filed any petitions, applications, or motions with respect
    to this judgment in any court, state or federal?  Yes  ( X )    No  ( )

11. If your answer to 10 was "yes", give the following information:
    (a) (1) Name of court ___Circuit Court of Montgomery County___
        (2) Nature of proceeding ___Petition for postconviction relief,___
            ___filed pursuant to Rule 32, Ala.R.Crim.P.___
        (3) Grounds raised ___Denial of effective assistance of counsel___
            _____
            _____
            _____
            _____
            _____

        (4) Did you receive an evidentiary hearing on your petition, application
            or motion?  Yes  ( )    No  ( X )
        (5) Result ___Dismissed___
        (6) Date of result ___November 10, 2006___

(b) As to any second petition, application or motion give the same information:
   (1) Name of court _____ N/A _____
   (2) Nature of proceeding _____
                                                                                          _____
   (3) Grounds raised _____
       _____
       _____
       _____
       _____
       _____
       _____

   (4) Did you receive an evidentiary hearing on your petition, application or motion?  Yes ( )     No ( )
   (5) Result _____
   (6) Date of result _____
(c) As to any third petition, application or motion, give the same information:
   (1) Name of Court _____ N/A _____
   (2) Nature of proceeding _____
       _____
   (3) Grounds raised _____
       _____
       _____
       _____
       _____
       _____
       _____

   (4) Did you receive an evidentiary hearing on your petition, application or motion?  Yes ( )     No ( )
   (5) Result _____
   (6) Date of result _____
(d) Did you appeal to the highest state court having jurisdiction the result of any action taken on any petition, application or motion:
   (1) First petition, etc.                Yes (X)     No ( )
   (2) Second petition, etc.           Yes ( )     No ( )
   (3) Third petition, etc.            Yes ( )     No ( )
(e) If you did not appeal from the adverse action on any petition, application or motion, explain briefly why you did not: _____ N/A _____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____

12. State <u>concisely</u> every ground on which you claim that you are being held unlawfully. Summarize <u>briefly</u> the <u>facts</u> supporting each ground.

    CAUTION: In order to proceed in the federal court, you must ordinarily first exhaust your state court remedies as to each ground on which you request action by the federal court. As to all grounds on which you have previously exhausted state court remedies, you should set them forth in this petition if you wish to seek federal relief. If you fail to set forth all such grounds in this petition, you may be barred from presenting them at a later date.

For your information, the following is a list of the most frequently raised grounds for relief in habeas corpus proceedings. Each statement preceded by a letter constitutes a separate ground for possible relief. You may raise any grounds which you may have other than those listed if you have exhausted all your state court remedies with respect to them. However, <u>you should raise in this petition all available grounds</u> (relating to this conviction) on which you base your allegations that you are being held in custody unlawfully.

If you select one or more of these grounds for relief, you must allege facts in support of the ground or grounds which you choose. Do not check any of the grounds listed below. The petition will be returned to you if you merely check (a) through (j) or any one of these grounds.

(a) Conviction obtained by plea of guilty which was unlawfully induced or not made voluntarily with understanding of the nature of the charge and the consequences of the plea.
(b) Conviction obtained by use of coerced confession.
(c) Conviction obtained by use of evidence gained pursuant to an unconstitutional search and seizure, [where the state has not provided a full and fair hearing on the merits of the Fourth Amendment claim].
(d) Conviction obtained by use of evidence obtained pursuant to an unlawful arrest, [where the state has not provided a full and fair hearing on the merits of the Fourth Amendment claim].
(e) Conviction obtained by a violation of the privilege against self-incrimination.
(f) Conviction obtained by the unconstitutional failure of the prosecution to disclose to the defendant evidence favorable to the defendant.
(g) Conviction obtained by a violation of the protection against double jeopardy.
(h) Conviction obtained by action of a grand or petit jury which was unconstitutionally selected and impaneled.
(i) Denial of effective assistance of counsel.
(j) Denial of right of appeal.

A. Ground one: ___Denial of effective assistance of counsel___

Supporting FACTS  (tell your story briefly without citing cases or law):
_____(See attach additional pages)_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____

B. Ground two: ___N/A___

Supporting FACTS  (tell your story briefly without citing cases or law):
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____

C. Ground three: ___N/A___

Supporting FACTS  (tell your story briefly without citing cases or law):
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____

**ATTACHMENT (facts):**


The petitioner contends that he was denied effective
assistance of counsel at trial because his counsel was
ineffective for failing to properly preserve claims that were
raised on appeal by his appellate counsel on these grounds:
(1) that the trial court erred in allowing into evidence a
transcript of a statement the petitioner made to the police,
despite the fact that the audiotape recording of that statement
had been lost by law enforcement; and that the evidence should
have been suppressed because law enforcement acted in bad faith
and that the petitioner was prejudiced as a result;  (2) that
the trial court erred in allowing into evidence the petitioner's
statement to the police and a transcript of that statement
because he was denied his right to remain silent and his right
to an attorney during questioning;  and (3) that (a) the State
did not request an instruction on evidence of flight until after
the trial court had finished the other oral instructions but
before the jury retired to deliberate in order to give undue
weight to the evidence of flight and, further, that the
petitioner was prejudiced by the timing of the flight intruction,
which was the last instructing given to the jury;  and (b) the
court erred in not instructing the jury that it had the option
to disregard the statement the petitioner gave to the police

or the option to find him not guilty of any crime. He therefore asserts that any default arising from the failure to preserve these claims on appeal was due to ineffective assistance of counsel and that such establishes cause for this procedural default.

D.  Ground four: _____ N/A _____

Supporting FACTS   (tell your story briefly without citing cases or law):

_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____

13. If any of the grounds listed in 12A, B, C, and D were not previously presented
    in any other court, state or federal state briefly what grounds were not so
    presented, and give your reasons for not presenting them: _____ N/A _____

_____
_____
_____
_____
_____
_____
_____
_____
_____

14. Do you have any petition or appeal now pending in any court, wither state
    or federal, as to the judgment under attack?    Yes ( )  No ( X )

15. Give the name and address, if known, of each attorney who represented
    you in the following stages of the judgment attacked herein:
    (a) At preliminary hearing  Vicky U. Toles, Esq., 400 S. Union
        Street, Ste. 270, Montgomery, Alabama 36104

    (b) At arraignment and plea  Vicky U. Toles, Esq.

    (c) At trial  Vicky U. Toles, Esq.

    (d) At sentencing  Vicky U. Toles, Esq.

    (e) On appeal  Thomas J. Azar, Jr., Esq., 609 S. McDonough Street,
        Montgomery, Alabama 36104

(f) In any post-conviction proceeding _____ N/A _____

(g) On appeal from any adverse ruling in a post-conviction proceeding: _____
N/A

16. Were you sentenced on more than one count of an indictment, or on more
than one indictment, in the same court and at the same time?
Yes ( )    No ( X )

17. Do you have any future sentence to serve after you complete the sentence
imposed by the judgment under attack?
Yes ( )    No ( X )

(a) If so, give name and location of court which imposed sentence to be
served in the future: _____

(b) And give date and length of sentence to be served in the future: _____

(c) Have you filed, or do you contemplate filing, any petition attacking the
judgment which imposed the sentence to be served in the future?
Yes ( )    No ( )

Wherefore, petitioner prays that the Court grant petitioner relief to which
he may be entitled in this proceeding.

_____
Signature of Attorney (if any)

I declare (or certify, verify, or state) under penalty of perjury that the
foregoing is true and correct.  Executed on _8-2-2007_____ .
(date)

_Albert Jerome Rockwood_____
Signature of Petitioner



Albert Jerome Lockwood
AIS #134376, K-22-2A
St. Clair Correctional Facility
1000 St. Clair Road
Springville, AL 35146-5582

Clerk of the United States District Court
P.O. Box 711
Montgomery, Alabama 36101