```
Court Name: U S DISTRICT COURT - AL/M
Division: 2
Receipt Number: 4602000181
Cashier ID: khaynes
Transaction Date: 08/20/2007
Payer Name: ALBERT LOCKWOOD
------------------------------------
WRIT OF HABEAS CORPUS
 For: ALBERT LOCKWOOD
 Case/Party: D-ALM-2-07-CV-000715-001
 Amount:        $5.00
------------------------------------
MONEY ORDER
 Remitter: ALBERT LOCKWOOD
 Check/Money Order Num: 10912219637
 Amt Tendered:  $5.00
------------------------------------
Total Due:      $5.00
Total Tendered: $5.00
Change Amt:     $0.00

2:07-CV-000715-001

LOCKWOOD V. HOOKS ET AL
```