**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

Warden Ralph Hooks
St. Clair Correctional Facility
1000 St. Clair Road
Springville, AL 35146

07-715 Pet

2. Article Number (Transfer from service label)
7006 2760 0005 4873 7910

PS Form 3811, February 2004    Domestic Return Receipt    102595-02-M-1540

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X  David V Cole      ☒ Agent  ☐ Addressee

B. Received by (Printed Name)  Harold V. Cole
C. Date of Delivery  8-22-07

D. Is delivery address different from item 1?  ☐ Yes  ☐ No

3. Service Type
☒ Certified Mail   ☐ Express Mail
☐ Registered       ☒ Return Receipt for Merchandise
☐ Insured Mail     ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)  ☐ Yes