**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- ~~Print your name~~ and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

~~Troy King~~, Attorney General
Alabama State House
11 South Union Street
Montgomery, AL 36130

07-715 pet.

2. Article Number
(Transfer from service label)     7006 2760 0005 4873 7903

PS Form 3811, February 2004       Domestic Return Receipt       102595-02-M-1540

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X _Taylor_    ☐ Agent  ☐ Addressee

B. Received by (Printed Name)
C. Date of Delivery: 8/22/07

D. Is delivery address different from item 1? ☐ Yes ☐ No
If YES, enter delivery address below:

3. Service Type
☐ Certified Mail  ☐ Express Mail
☐ Registered  ☐ Return Receipt for Merchandise
☐ Insured Mail  ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)  ☐ Yes