IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| ALBERT JEROME LOCKWOOD, )<br>　　AIS#134376　　　　　　　　 )<br>　　　　　　　　　　　　　　　　　 )<br>　　PETITIONER,　　　　　　　　　 )<br>　　　　　　　　　　　　　　　　　 )<br>VS.　　　　　　　　　　　　　　　 )<br>　　　　　　　　　　　　　　　　　 )<br>RALPH HOOKS, WARDEN, et al., )<br>　　　　　　　　　　　　　　　　　 )<br>　　RESPONDENTS.　　　　　　　　 ) | CIVIL ACTION NO.<br>2:07-cv-00715-WKW |

**MOTION FOR 28-DAY ENLARGEMENT TO FILE
RESPONSE TO FEDERAL HABEAS CORPUS PETITION**

Come now Respondents, by and through the Attorney General of the State of Alabama, and move this Honorable Court for an Order granting Respondents an enlargement of 28 days from Monday, September 10, 2007, to file its response in the above-styled cause. As grounds for said enlargement, Respondents show the following:

　　1. The undersigned Assistant Attorney General has been involved in other cases in state and federal court and has not had adequate time to prepare a sufficient response.

　　2. The additional time requested will not prejudice the rights of Petitioner.

Wherefore, Respondent respectfully requests an extension of 28 days in which to file a response in the above styled case.

Respectfully submitted,

Troy King (KIN047)
Attorney General
By:


s/John M. Porter
John M. Porter (ASB5818-P77J)
Assistant Attorney General

## CERTIFICATE OF SERVICE

I hereby certify that on this <u>10th</u> day of September, 2007, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system and I hereby certify that I have mailed by United States Postal Service the document to the following non-CM/ECF participants: <u>Albert Jerome Lockwood, AIS#134376, St. Clair Correctional Facility, 1000 St. Clair Road, Springville, AL 35146-9790.</u>

                                            Respectfully submitted,

                                            s/John M. Porter
                                            John M. Porter(ASB5818-P77J)
                                            Office of the Attorney General
                                            Alabama State House
                                            11 South Union
                                            Montgomery, AL  36130-0152
                                            Telephone: (334) 242-7300
                                            Fax: (334) 242-2848
                                            E-Mail: <u>JPorter@ago.state.al.us</u>

316837