IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| ALBERT JEROME LOCKWOOD, #134376, | ) ) ) | |
| Petitioner, | ) ) | |
| v | ) ) | Civil Action No.2:07cv715-WKW |
| RALPH HOOKS, WARDEN, *et al.*, | ) ) | |
| Respondents. | ) | |

**ORDER ON MOTION**

Upon consideration of the motion for extension of time filed by the respondents on September 10, 2007 (Doc. No. 7), and for good cause, it is

ORDERED that this motion be and is hereby GRANTED. It is further

ORDERED that the respondents be GRANTED an extension from September 11, 2007, to and including October 9, 2007, to file an answer to the petitioner's 28 U.S.C. § 2254 petition for habeas corpus relief in compliance with this court's order entered on August 21, 2007.

Done this 10th day of September, 2007.

            /s/Charles S. Coody
            CHARLES S. COODY
            CHIEF UNITED STATES MAGISTRATE JUDGE