IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

2008 FEB 11 P 1:16

DEBRA P. HACKETT, CLK
U.S. DISTRICT COURT
MIDDLE DISTRICT ALA

| | |
|---|---|
| ALBERT JEROME LOCKWOOD, AIS# 134376 | ) ) ) ) |
| Petitioner, | ) ) |
| VS. | ) CIVIL ACTION NO. ) 2:07-CV-00715-WKW ) |
| RALPH HOOKS, et al., | ) ) |
| Respondents. | ) |

**CONFLICT DISCLOSURE STATEMENT**

Come now Troy King and Ralph Hooks, by and through Counsel named below, and make the following disclosure regarding potential conflicts of interest relating to those designated in this Court's General Order No. 3047:

Troy King and Ralph Hooks, parties named to the above-captioned case as required under 28 U.S.C. § 2242 and Rules 2(a) and (b) of the Rules Governing Habeas Corpus Cases Under Section 2254 Cases, have been sued in their official capacities. Neither the Alabama Attorney General nor the Warden of St. Clair

Correctional Facility possess any known affiliations that would create a "professional or financial conflict for a judge" on this Court.

                                            *[signature]*
                                            John M. Porter
                                            Counsel for Troy King and Ralph Hooks

## CERTIFICATE OF SERVICE

I hereby certify that on this <u>11th</u> day of February, 2008, I have filed the foregoing with the Clerk of this Court and the same on Petitioner at:

Albert Jerome Lockwood
AIS# 134376
St. Clair Correctional Facility
1000 St. Clair Road
Springville, AL 36146-5582

                                                               _____
                                                               John M. Porter (POR023)
                                                               Assistant Attorney General

Office of the Attorney General
Alabama State House
11 South Union
Montgomery, AL 36130-0152
Telephone: (334) 242-7300
Fax: (334) 242-2848
E-Mail: jporter@ago.state.al.us

378568

3