IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| ALBERT JEROME LOCKWOOD, ) | |
| # 134376, ) | |
|  ) | |
| Petitioner ) | |
|  ) | |
| v. ) | CASE NO. 2:07-CV-715-WKW [WO] |
|  ) | |
| RALPH HOOKS, *et al.*, ) | |
|  ) | |
| Respondents ) | |

## **FINAL JUDGMENT**

In accordance with the prior proceedings, opinions, and orders of the court, it is the ORDER, JUDGMENT, and DECREE of the court that judgment is entered in favor of Respondents, and against Petitioner, and that this action is DISMISSED with prejudice.

The Clerk of the Court is DIRECTED to enter this document on the civil docket as a final judgment pursuant to Rule 58 of the Federal Rules of Civil Procedure.

DONE this 20th day of November, 2009.

/s/  W.  Keith Watkins
UNITED STATES DISTRICT JUDGE